IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LARRY BATTON**                                                                                    **PLAINTIFF**

**v.**                      **CASE NO. 2:21-CV-00031-BSM**

**REDLINE TRUCKING, INC.**
**and KECO REUF**                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of July, 2021.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE